IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Civil No. 07-2342-KHV-GLR

ROBERT T. WING,

        Defendant.

## JOURNAL ENTRY OF DEFAULT JUDGMENT

Comes on for hearing the Complaint of the United States of America (Doc. 1) and its Motion for Judgment by Default against Defendant, Robert T. Wing (Doc. 5). The United States appears by Eric F. Melgren, United States Attorney for the District of Kansas, and David D. Zimmerman, Assistant United States Attorney for said District. Defendant appears not. There are no other parties to this action.

The Court, upon examining its files and pleadings herein, finds as follows.

1.      The complaint in this action was filed on August 2, 2007 (Doc. 1). The Court has subject matter jurisdiction of this matter and jurisdiction over the parties and property that is the subject of the action.

2.      The Defendant was personally served with a Summons and a copy of the complaint by a Deputy of the United States Marshal's Service, District of Kansas, on November 29, 2007 (Doc. 2).

3.      Defendant is not an infant, incompetent person or in the military service of the United States within the purview of the Soldiers' and Sailors' Relief Act of 1984, as amended.

4. Defendant failed to appear, plead, or otherwise defend within the time allowed, and default was entered by the Clerk of the Court against Defendant, Robert T. Wing, on January 4, 2008 (Doc. 4)

5. Defendant made and executed a promissory note on or about June 29, 1993, to secure a Federal Family Education Loan Progam Consolidation loan guaranteed by National Student Loan Program, Inc., and reinsured by the Department of Education.

6. Defendant is wholly in default under the terms of the promissory note and the Plaintiff is, therefore, entitled to judgment in the principal sum of $12,852.81, plus interest in the sum of $1,752.99 through February 13, 2007, plus interest accruing thereafter at the rate of 9.0 % per annum which is $3.17 per day to the filing of the Journal Entry, plus interest thereafter at the rate set forth in 28 U.S.C. § 1961, plus court costs and the costs of this action presently and in the future incurred.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the findings of this Court are hereby made the order of this Court.

IT IS FURTHER ORDERED that the United States is granted judgment against Defendant, Robert T. Wing, in the principal sum of $12,852.81, plus accrued interest thereon in the sum of $1,752.99 through February 13, 2007, plus interest accruing thereafter at the rate of 9.0 % per annum or $3.17 per day after February 13, 2007, to the date of the filing of this Journal Entry, plus interest thereafter at the rate set forth in 28 U.S.C. § 1961, which is 2.31%, plus court costs and the costs of this action presently and in the future incurred.

Dated this <u>29th</u> day of January, 2008, at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge

Approved by:

ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: David.Zimmerman@usdoj.gov
Attorneys for Plaintiff

ELECTRONICALLY SUBMITTED